UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARL A. MOST, III, | ) | 1:03-cv-05569-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** (Doc. 21) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| WARDEN ANDREWS, TCI, TAFT, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On March 29, 2005, the Magistrate Judge filed a Report and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and that judgment be entered in favor of respondent. This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 11, 2005, Petitioner filed objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

1

1 objections, the Court concludes that the Magistrate Judge's Report
2 and Recommendation is supported by the record and proper analysis.
3 Petitioner's objections present no grounds for questioning the
4 Magistrate Judge's analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.   The Report and Recommendation, filed March 29, 2005, is
7 ADOPTED IN FULL;
8    2.   The Petition for Writ of Habeas Corpus is DENIED; and,
9    3.   The Clerk of Court ENTER judgment in favor of Respondent.
10    IT IS SO ORDERED.
11 **Dated:  May 18, 2005**                    **/s/ Robert E. Coyle**
   668554                           UNITED STATES DISTRICT JUDGE